IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Antwan Eugene Ford Sen El, ) | C/A NO. 0:13-446-CMC-PJG |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| Clover Police Department; Phillip ) | |
| Hawkins, #311; C.B. Ford, #304; Sgt. ) | |
| Caldwell, #319; Selestino, #305; Rachel ) | |
| Ann Festa Fleming, Judge; Herman Melvin ) | |
| Howell, Judge, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's *pro se* Objections to the Report and Recommendation, received on July 1, 2013. ECF No. 27.

On May 31, 2013, the Magistrate Judge filed a Report and Recommendation ("Report"), recommending that Defendants Rachel Ann Festa Fleming and Herman Melvin Howell be dismissed from this action without prejudice and without issuance and service of process. *See* Report (ECF No. 19). The Report was mailed to Plaintiff; it was not returned to the Court by the United States Postal Service.

On June 18, 2013, having received no objections to the Report from Plaintiff, this court adopted the Report and dismissed these Defendants from this action. ECF No. 24.

Plaintiff indicates in his objections that he received the Report and this court's order of

1

dismissal on June 24, 2013.[1]

Out of an abundance of caution, the court has reviewed Plaintiff's untimely objections, and finds them to be without merit. Accordingly, this court affirms the earlier-entered order dismissing Defendants Fleming and Howell from this matter without prejudice and without issuance and service of process. This matter is returned to the Magistrate Judge for further pretrial proceedings.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 2, 2013

---

[1] Plaintiff's address on file with the Clerk of Court is a Post Office Box in Matthews, North Carolina.

2