IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Antwan Eugene Ford Senior El, | C/A NO. 0:13-446-CMC-PJG |
| Plaintiff, | |
| v. | **OPINION and ORDER** |
| Clover Police Department; Phillip Hawkins, #311; C.B. Ford, #304; Sgt. Caldwell, #319; Selestino, #305, | |
| Defendants. | |

This matter is before the court on Plaintiff's *pro se* "Petition for a Final Order." ECF No. 69. Plaintiff contends that the "actions of the Defendants are criminal under the supreme Law of the Land and the Defendants cannot contract around the Constitution[.]" Pet. at 1.

Judgment was entered for Defendants on January 8, 2014. Accordingly, as a final order has been issued in this matter, Plaintiff's motion, which is frivolous, is **denied**.

IT IS SO ORDERED.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 28, 2014

1